STATE OF MAINE                                    SUPERIOR COURT
PENOBSCOT, SS.                                     Docket No. CV-00-91

FILED AND ENTERED
SUPERIOR COURT

OCT 23 2001

PENOBSCOT COUNTY

DEBORAH WHELDEN,            )
          Plaintiff,       )
                           )          ORDER ON MOTION
                           )
          v.               )          **FOR SUMMARY JUDGMENT**
                           )
                           )
                           )
ST. JOSEPH HEALTHCARE,     )
          Defendant.       )


Defendant moves for summary judgment. The court has reviewed the parties' written submissions and has had the benefit of oral argument on October 19, 2001.

Defendant moves for summary judgment on the portion of the Complaint which seeks attorneys fees and penalties under the Maine Human Rights Act. The Defendant quite properly points out that the Plaintiff failed to allege the fact of the earlier filing and action by the Maine Human Rights Commission. The Plaintiff counters by moving to amend to add these allegations. As the court hereby grants the motion to amend, this point is rendered moot and the court must decline to enter summary judgment on this point.

Plaintiff has apparently abandoned her claims for reinstatement and front pay. As issues of fact remain concerning the issue of back pay, the court declines to enter summary judgment at this point.

Defendant asserts that the communication referenced in the Plaintiff's Complaint alleging a Whistleblower Act violation (the May 24, 1999, memo) is inadequate to found this cause of action. When viewed within the four corners of the document, the Defendant is quite correct. However, the court declines to so limit the interpretation of this document. It must be read in the context of actions and circumstances which occurred

before and after its drafting. While the Plaintiff may still have a significant evidentiary burden to surmount, the court cannot say at this juncture that judgment must be rendered in favor of the Defendant. As such, summary judgment is inappropriate and must be denied.

Accordingly, the docket entry shall be: Defendant's Motion for Summary Judgment is denied.

**The Clerk may incorporate this Order into the docket by reference pursuant to M.R.Civ.P Rule 79 (a).**

Dated: October 23, 2001

_____
JUSTICE, SUPERIOR COURT

Date Filed _____ 4/28/2000 _____ PENOBSCOT _____ Docket No. _____ CV-2000-91 _____

County

Action \_\_\_\_\_ WHISTLEBLOWER \_\_\_\_\_

ASSIGNED TO JUSTICE FRANCIS C. MARSANO
**RE-ASSIGNED TO JUSTICE ANDREW M. MEAD**

DEBORAH WHELDEN                     vs.     ST. JOSEPH HEALTHCARE

| Plaintiff's Attorney | Defendant's Attorney |
|---|---|
| GILBERT & GREIF | RUDMAN & WINCHELL |
| P O BOX 2339 - 82 Columbia Street | P O BOX 1401 - 84 Harlow Street |
| BANGOR ME 04402-2339 | BANGOR, ME 04402-1401 |
| BY: Arthur J. Greif, Esq. | BY: John W. McCarthy, Esq. |
| | Frank T. McGuire, Esq. |

Date of
Entry